MAK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Talbert                                               :        CIVIL ACTION
                                                      :
                    v.                                :
                                                      :        NO. **19   1341**
Johnson                                               :

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.        ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.        ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.        ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.        ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.        ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   **550** (☒)


MAR 2 9 2019              _Paul McGaul_
_____                _____          _____
**Date**                  **Deputy Clerk**             **Attorney for**



_____                _____          _____
**Telephone**             **FAX Number**               **E-Mail Address**

(Civ. 660) 10/02



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

19  1341

### DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _7901 State Road, Philadelphia, PA 19136_

Address of Defendant: _____

Place of Accident, Incident or Transaction: _Philadelphia_

---

**RELATED CASE, IF ANY:**

Case Number: _19-1340_   Judge: _Kearney_   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐  No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐  No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐  No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐  No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _03/29/2019_   _DJ McG_   _____
 *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.  Federal Question Cases:**
☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☑ 7. Civil Rights  550
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
  *(Please specify):* _____

**B.  Diversity Jurisdiction Cases:**
☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

### ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
   *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

Charles Talbert
PFN: 810247
7901 State Road
Phila, Pa. 19136                                March 6, 2019


United States District Court
Eastern District of Pennsylvania

Charles Talbert           Civil Action
        v.           No.  19  1341
Sergeant Johnson     Complaint


1. Plaintiff, is an adult individual.
2. Defendant, at the time of occurrence, was a Police Sergeant, employed by the City of Philadelphia (the City), and assigned by the Philadelphia Police Department (PPD), to work at the Roundhouse police district at 8th and Race Streets, in Philadelphia, Pa.
3. On January 9, 2019, Plaintiff had been interviewed by both PPD and Federal investigators, in regards to two (2) alleged bank robberies, to which the FBI failed to prosecute; however, PPD detective's did.
4. After being cleared by the FBI, Plaintiff was sent to the roundhouse on 8th and Race Streets, to which he noticed his cellular phone being misplaced from his property.
5. Plaintiff, asked Defendant numerous times where his cellular phone was at, in which Defendant alleged that the FBI had it.
6. Plaintiff, then asked Defendant to contact the FBI, to recover his cellular phone, to which Defendant refused to do.
7. Plaintiff, then requested to speak with an officer of higher rank, yet, Defendant refused to provide Plaintiff that assistance.
8. An officer named, Bones, then handcuffed Plaintiff behind his back.

9. Without further notice, Defendant then used unnecessary, and excessive force upon Plaintiff, by turning Plaintiff around, and aggressively throwing him up against a hard wall which broke off a piece of Plaintiffs' tooth; and thereafter, aggressively bent Plaintiffs cuffed wrists upwards, and then his arms, attempting to break them.

10. Plaintiff, screamed out in excruciating pain until Defendant had ceased his actions.

11. Due to the aforesaid assault by Defendant, Plaintiff was forced to go to the Hahnemann University Hospital for:
   (i) right shoulder pain;
   (ii) bilateral wrist pain; and
   (iii) a broken tooth.

12. The aforementioned assault was unprovoked, yet, caused to intentionally and maliciously cause Plaintiff harm.

13. Plaintiff, was thereafter transported to a Philadelphia prison to which he was seen again by prison dentists and doctors for the aforementioned injuries caused by Defendant.

WHEREFORE, Plaintiff demands relief against Defendant in the form of:

14. Compensatory damages: $250,000.00
15. Punitive damages: $250,000.00
16. Reasonable costs and fees if any
17. Such other relief to which this Court deems appropriate.

I hereby verify under penalty of perjury that the foregoing is true and correct.

3/6/19

All Rights Reserved
Charles Talbert, Pro Se Plaintiff

Hahnemann University Hospital
230 N. Broad Street
Philadelphia, PA 19102-1121
Phone: 2157627000

## Patient Education & Visit Summary

### PERSON INFORMATION

**Name:** ~~TALBERT, CHARLES~~

**Address:** ~~143 W PRICE ST PHILADELPHIA~~ PA 19144-3309 **Phone:** 2159544958

**MRN:** 655406 **Acct#:** 81332017

**Arrival Time:** 01/09/2019 22:30:00 **ED Discharge Time:**

### VISIT INFORMATION

**Presenting Complaint:** Patient states he was assaulted by an officer. Reports right shoulder pain, b/l wrist pain and a broken tooth

**Patient Diagnosis:** Acute pain of right shoulder; Bilateral wrist pain

**Primary Care Provider:** HANKINS MD REF, ALTHEA V

**Primary Physician:** JONES CRNP, ANN MARIE

**Allergy Info:** Pork; Pollen; Dust

**Discharge Location:**

**FOLLOW-UP WITH:**

| With: | Address: | When: |
|---|---|---|
| ALTHEA HANKINS MD | 5801 GERMANTOWN AVENUE<br>PHILADELPHIA, PA  19144<br>2158421075 Business (1) | Within 1-2 days |

**Comments:**

Recheck today's complaints to follow up with your family physician. Rest, apply ice alternating 20 mintues on 20 mintues off for the next two days. Keep affected area elevated. Return to the ER if you develop any worsening or concerning symptoms.

Name: TALBERT, CHARLES  1 of 11  01/10/2019 00:59:10
MRN: 655406

**If you should have any difficulty making arrangements**, please call the Emergency Department. If you have a problem and are not able to contact your primary care provider, you may return to the Emergency Department at any time.

Your important health information, including your test results, is available online through My Patient Portal. If you did not sign up for My Patient Portal during your hospital stay, please call the hospital to enroll. If you have signed up and need assistance logging in to My Patient Portal, please call 1-888-252-8149. For questions regarding medications or other health concerns after discharge, please contact your physician's office.

## PATIENT EDUCATION INFORMATION GIVEN:

Wrist Pain, Adult, Easy-to-Read; Shoulder Pain, Easy-to-Read

## IMMUNIZATIONS:

## MAJOR TESTS AND PROCEDURES:

### Laboratory Orders
No laboratory orders were placed.

### Radiology Orders

| Name | Status |
|---|---|
| XR Shoulder Complete Min 2 Views Right | InProcess |

### Cardiology Orders
No cardiology orders were placed.

| Order Name | Order Details |
|---|---|
| Discharge Patient | Discharge To: Home |
| | Discharge Diet: Resume Home Diet |

ANN MARIE JONES, CRNP
230 N BROAD STREET EMR FAST TRACK
PHILADELPHIA, PA 19102
Phone Number: (215)762-7000

# TALBERT, CHARLES

|  |  |  |
|---|---|---|
| Sex: Male | Weight: | |

Allergies:   Dust, Pollen, Pork

**Pharmacist Please Note - Allergy list may be incomplete**

| Patient Address: | ~~143 W PRICE ST~~, PHILADELPHIA, PA 19144-3309 | Home Phone: 2159544958 Work Phone |
|---|---|---|

Prescription Details:                                                                                    Date Issue:   01/10/2019

Rx:   Tylenol 325 mg oral tablet

    **SIG:**   2 tab Oral TID for 5 day

    Dispense/Supply:   30(thirty) tab                                       Refills:   0

    Instructions:   not to exceed 4000 mg/day

X: Electronically signed by:   ANN MARIE JONES, CRNP

Substitution Permissable

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST
HANDWRITE "BRAND NECESSARY" OR "BRAND MEDICALY NECESSARY" IN THE SPACE BELOW.

Prescribed by:   ANN MARIE JONES, CRNP
License #: _____
NPI #:   1083116230
Number of Drugs Prescribed:   1

Page: 1 of 1

RUB RED IMAGE
FADES WITH HEAT





Prescribed Pain Medication From Assault By Police Sergeant Johnson (While In Prison) Awaiting Trial

Charles Talbert
PPN: 810247
7901 State Road
Phila. PA. 19136

March 7, 2019

Re: Two (2) Civil Complaints

Dear Hon. Judge Mark A. Kearney:

Enclosed herein, kindly find a true copy of:

(2) Civil Actions under 1983; and
(2) informa pauperis applications; and
(6) exhibits; and
(1) Inmate Account Statement from 3/2/18

NOTE! Inmate Account Statement Is For Both Complaints. Unable To Make Copies Due To Retaliation

Very Truly Yours
Charles Talbert

RECEIVED MAR 29 2019