IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES TALBERT, Plaintiff, | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 19-1340 |
| BLANCHE CARNEY, *et al.*, Defendants. | : | |

| CHARLES TALBERT, Plaintiff, | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 19-1341 |
| SERGEANT JOHNSON, Defendant. | : | |

## ORDER

**AND NOW**, this 5th day of April 2019, upon considering Plaintiff's Motions for leave to proceed *in forma pauperis* (ECF Doc. Nos. 1), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motions for leave to proceed *in forma pauperis* (ECF Doc. Nos. 1) are **DENIED** under 28 U.S.C. § 1915(g);

2. To proceed with these cases, Plaintiff must remit $400 to the Clerk of Court for *each* case no later than **May 6, 2019**; and,

3. We may dismiss these cases for failure to prosecute without further notice if Plaintiff fails to timely pay the fee under this Order.

KEARNEY, J.